**Petition for Writ of Mandamus Denied, Motion for Emergency Relief Denied as Moot, and Memorandum Opinion filed April 10, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00074-CV

## IN RE RICHARD H. PARKER, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-13073**

---

## MEMORANDUM OPINION

On January 22, 2014, relator Richard H. Parker filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Bonnie Crane Hellums, presiding judge of the 247th District Court of Harris County, to vacate an order holding relator in criminal and civil contempt, and to vacate the underlying temporary orders upon which the contempt judgment is based. Also on January 22, 2014, relator filed a motion for emergency relief, asking this Court to stay any commitment proceedings, commitment of relator, and all trial proceedings pending

this Court's disposition of his petition for writ of mandamus. *See* Tex. R. App. P. 52.10.

Relator has not satisfied his burden to demonstrate entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny as moot relator's motion for emergency relief.

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.